1  Greg L. Lippetz (State Bar No. 154228)	David N. Kuhn (State Bar No. 73389)
   glippetz@jonesday.com	Attorney-at-Law
2  JONES DAY	144 Hagar Avenue
   1755 Embarcadero Road	Piedmont, CA  94611
3  Palo Alto, CA  94303	Telephone:  (510) 653-4983
   Telephone:     650-739-3939	E-mail:  dnkuhn@pacbell.net
4  Facsimile:      650-739-3900

   Attorney for Plaintiff Gregory Bender
5  Attorneys for Defendant Motorola
   Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Gregory Bender, | **CASE NO. C 09-01245 SBA** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR INVALIDITY CONTENTIONS** |
| v. | |
| Motorola Inc., | |
| Defendant. | |

Plaintiff Gregory Bender ("Plaintiff") and Defendant Motorola Inc, ("Defendant"), through their respective counsel, hereby make the following stipulation with regards to Defendant's invalidity contentions.

WHEREAS, Plaintiff served his infringement contentions on March 12, 2010.

WHEREAS, on March 19, 2010, Defendant informed Plaintiff that Defendant believes the infringement contentions do not comply with Patent L.R. 3-1, that Defendant intends to seek Court resolution of this issue including a stay of Defendant's invalidity contention and document production obligations, and that Defendant requests a meet and confer between the parties to discuss the issue.

WHEREAS, the parties have agreed to stay Defendant's invalidity contention and document production obligations pending the resolution of this matter.

THE PARTIES HEREBY STIPULATE THAT:

Defendant's obligations under Patent L.R. 3-3 and 3-4 and any other obligations to produce technical documents shall be stayed until 45 days after the resolution of the parties' dispute regarding the sufficiency of Plaintiff's infringement contentions.

Respectfully submitted,

Dated: March 26, 2010      Jones Day

By:   /s/ Greg L. Lippetz
Greg L. Lippetz
State Bar No. 154228
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   650-739-3939
Facsimile: 650-739-3900

Counsel for Defendant Nokia Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: March 26, 2010      By:   /s/ David N. Kuhn
David N. Kuhn
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 3/31/10      By:   *Saundra B. Armstrong*
THE HON. SAUNDRA B. ARMSTRONG
United States District Court Judge