UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**TIME IN HEARING:** 12 MINUTES                                                         Date: 4/22/10

**C-09-01245 SBA**              **JUDGE:** SAUNDRA BROWN ARMSTRONG

**Title:**        BENDER vs. MOTOROLA, INC.
**Atty.:**   DAVID KUHN              GREGORY LIPPETZ

**Deputy Clerk:** Lisa R. Clark         **Court Reporter:**   N/R
**PROCEEDINGS**
Plt   DFT
( ) ( ) **1.** TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( ) ( ) **2.**
( ) ( ) **3.**
( ) ( ) **4.**
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
              ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
( ) Order to be prepared by ( ) Plaintiff ( ) Deft ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to  7/1/10  for a Telephone Case Management Conference at 3:15 p.m.
Case Continued to_____ for OSC RE:_____
Case Continued to_____ for _____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off_____ Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Reply to motions in limine and/or responses to objections to evidence due _____
Case Continued to_____ for Trial(Court/Jury:_____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: DEFENDANT TO FILE DISCOVERY MOTION BY 4/27/10; PARTIES TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT 10 DAYS IN ADVANCE OF THE NEXT CASE MANAGEMENT CONFERENCE
cc: