UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

BENDER,

        Plaintiff,

  v.

MOTOROLA, INC.,

        Defendant.

_____/

No. C 09-01245 LB

**ORDER RESCHEDULING HEARING DATE AND DIRECTING PARTIES TO MEET AND CONFER**

The district court has referred Defendant's Motion to Strike Infringement Contentions, electronically filed on April 27, 2010, which is a discovery matter, to Magistrate Judge Laurel Beeler. The motion was noticed for June 15, 2010. This Court set a hearing on the matter for June 17, 2010. (Dkt. #43.)

The Court **VACATES** the current hearing date and **RESETS** it for <u>August 5, 2010 at 11:00 a.m.</u> Any reply to the opposition shall be filed no later than fourteen days prior to the hearing.

The Court also directs the parties to comply with the meet-and-confer procedures for addressing discovery disputes as set forth in Judge Beeler's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person** and thereafter

C 09-01245
ORDER RESCHEDULING HEARING DATE AND DIRECTING PARTIES TO MEET AND CONFER

submit a joint letter to the Court with information about any unresolved disputes.

**IT IS THEREFORE ORDERED** that the parties shall meet and confer as required by the standing order and file the joint letter required by the standing order no later than July 15, 2010.

**IT IS SO ORDERED.**

Dated: June 2, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 09-01245
ORDER RESCHEDULING HEARING DATE AND DIRECTING PARTIES TO MEET AND CONFER
2