| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228) | David N. Kuhn - State Bar No. 73389 |
| glippetz@jonesday.com | Attorney-at-Law |
| Cora L. Schmid (State Bar No. 237267) | 144 Hagar Avenue |
| cschmid@jonesday.com | Piedmont, CA 94611 |
| JONES DAY | Telephone: (510) 653-4983 |
| 1755 Embarcadero Road | E-mail: dnkuhn@pacbell.net |
| Palo Alto, CA 94303 | |
| Telephone:    650-739-3939 | Attorney for Plaintiff Gregory Bender |
| Facsimile:    650-739-3900 | |

Attorneys for Defendant Motorola, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender, | Case No. C09-01245 SBA (LB) |
| Plaintiff, | **STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Motorola, Inc., | |
| Defendant. | |

Pursuant to Civil L.R. 16-2(e), Defendant Motorola, Inc. ("Defendant") and Plaintiff Gregory Bender ("Plaintiff") through their respective counsel, hereby request the Court change the date for the Further Case Management Conference currently scheduled for July 1, 2010, to August 12, 2010, or anytime thereafter.

WHEREAS, pursuant to the Result of Case Management Conference filed in this action on April 22, 2010, a Further Case Management Conference in this action is scheduled for July 1, 2010, at 3:15 p.m.  (Docket No. 37.)

WHEREAS, as directed by the Court, on April 27, 2010, Defendant filed a discovery motion regarding the sufficiency of Plaintiff's infringement contentions, and noticed the hearing for this motion for June 15, 2010.  (Docket No. 38.)

1     WHEREAS, on June 2, 2010, the Court reset the hearing for the discovery motion regarding the sufficiency of Plaintiff's infringement contentions to August 5, 2010.  (Docket No. 45.)

4     WHEREAS, Defendant's obligations under Patent L.R. 3-3 and 3-4 and any other obligations to produce technical documents are currently stayed until 45 days after the resolution of the parties' dispute regarding the sufficiency of Plaintiff's infringement contentions.  (*See* Docket No. 33.)

8     WHEREAS, the parties agree that the outcome of the pending dispute regarding the sufficiency of Plaintiff's infringement contentions will impact the schedule for this case, which is to be discussed at the Further Case Management Conference.

11    WHEREAS, in the interests of efficiency and of avoiding potentially unnecessary expenses, the parties believe that the Further Case Management Conference that is currently scheduled for July 1, 2010, should be rescheduled to August 12, 2010, or anytime thereafter.

THE PARTIES HEREBY STIPULATE THAT:

The Further Case Management Conference in this action that is currently scheduled for July 1, 2010 at 3:15 p.m., is continued to ***September 22, 2010, at 2:30 p.m. via telephone. The parties shall <u>meet and confer</u> prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.***

Respectfully submitted,

Dated:  June 21, 2010          Jones Day

By:     /s/ Greg L. Lippetz
    Greg L. Lippetz
    State Bar No. 154228
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA  94303
    Telephone:     650-739-3939
    Facsimile:      650-739-3900

Counsel for Defendant Motorola, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: June 21, 2010          By:     /s/ David Kuhn
    David N. Kuhn
    Attorney-at-Law
    144 Hagar Avenue
    Piedmont, California 94611
    Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  6/23/10          By:     *[signature]*
THE HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

SVI-82160v1          -3-          STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C 09-01245 SBA (LB)