1  Greg L. Lippetz (State Bar No. 154228)
   glippetz@jonesday.com
2  JONES DAY
   1755 Embarcadero Road
3  Palo Alto, CA 94303
   Telephone:    650-739-3939
4  Facsimile:    650-739-3900

5  Attorneys for Defendant Motorola, Inc.

   David N. Kuhn (State Bar No. 73389)
   Attorney-at-Law
   144 Hagar Avenue
   Piedmont, CA 94611
   Telephone: (510) 653-4983
   E-mail: dnkuhn@pacbell.net

   Attorney for Plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>            Plaintiff,<br><br>     v.<br><br>Motorola Inc.,<br><br>            Defendant. | **CASE NO. C 09-01245 SBA (LB)**<br><br>**NOTICE OF:**<br><br>**1) SETTLEMENT-IN-PRINCIPLE;**<br><br>**2) WITHDRAWAL OF MOTOROLA, INC.'S MOTION TO STRIKE INFRINGEMENT CONTENTIONS OR IN THE ALTERNATIVE TO COMPEL INFRINGEMENT CONTENTIONS THAT COMPLY WITH PATENT L.R. 3-1 (D.I. 49); AND**<br><br>**[PROPOSED] ORDER**<br><br>**DISCOVERY MATTER**<br><br>Previously set for:<br><br>    Date:         August 5, 2010<br>    Time:         11:00 a.m.<br>    Courtroom: 1, 3rd Floor<br>    Magistrate Judge: Laurel Beeler |

Pursuant to Defendant Motorola, Inc.'s, counsel's August 5, 2010, telephone conversation with, and at the request of, Magistrate Judge Beeler's clerk, and on the basis of a settlement-in-principle between the parties, the parties hereby file this stipulated request to withdraw Defendant

1  Motorola, Inc.'s, currently pending Motion To Strike Infringement Contentions Or In The
2  Alternative To Compel Infringement Contentions That Comply With Patent L.R. 3-1, filed on
3  April 27, 2010 (D.I. 49).  The parties further request that this withdrawal be without prejudice to
4  re-filing the motion at a later date should the parties not reach final agreement on settlement.  The
5  parties stipulate that the Court's previous order granting Defendant Motorola, Inc. temporary
6  relief from its discovery obligations, (D.I. 33), shall remain in place until the matter is resolved.

7  WHEREAS, on April 27, 2010, Defendant Motorola, Inc., filed a Motion To Strike
8  Infringement Contentions Or In The Alternative To Compel Infringement Contentions That
9  Comply With Patent L.R. 3-1 (D.I. 49).

10  WHEREAS, such Motion was previously set to be heard by the Court on August 5, 2010.
11  WHEREAS, Defendant Motorola, Inc.'s obligations under Patent L.R. 3-3 and 3-4 and
12  any other obligations to produce technical documents are currently stayed until 45 days after the
13  resolution of the parties' dispute regarding the sufficiency of Plaintiff's infringement contentions.
14  (*See* Docket No. 33.)

15  WHEREAS, on August 4, 2010, the parties reached an agreement in principle to settle the
16  above-captioned matter.

17  WHEREAS, the parties expect to execute a final settlement agreement and to request that
18  the Court dismiss the case within 30 days, contingent on the completion of a final settlement
19  agreement and the execution of obligations pursuant to that agreement.

20

21  THE PARTIES HEREBY STIPULATE THAT:

22  Defendant Motorola, Inc.'s, pending Motion To Strike Infringement Contentions Or, In
23  The Alternative, To Compel Infringement Contentions That Comply With Patent L.R. 3-1, filed
24  on April 27, 2010, (D.I. 49), is withdrawn without prejudice, and the Court's previous order
25  granting Defendant temporary relief from its discovery obligations, (D.I. 31), shall remain in
26  place until the case is dismissed or the discovery dispute is resolved.

27
28

Respectfully submitted,

Dated: August 5, 2010              Jones Day

By:     /s/ Greg L. Lippetz
Greg L. Lippetz
State Bar No. 154228
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: 650-739-3939
Facsimile:  650-739-3900

Counsel for Defendant Motorola, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: August 5, 2010              By:       /s/ David N. Kuhn
David N. Kuhn
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  August 5    , 2010        By: _/s/ Laurel Beeler_
THE HON. LAUREL BEELER
United States Magistrate Judge