Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Cora L. Schmid (State Bar No. 237267)
cschmid@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Attorneys for Defendant Motorola, Inc.

David N. Kuhn - State Bar No. 73389
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone: (510) 653-4983
E-mail: dnkuhn@pacbell.net

Attorney for Plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>        Plaintiff,<br><br>   v.<br><br>Motorola, Inc.,<br><br>        Defendant. | Case No. C09-01245 SBA (LB)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |

WHEREAS, a Case Management Conference is currently set for September 22, 2010, at 2:30 P.M.

WHEREAS, the parties have reached a tentative settlement agreement.

WHEREAS, the parties need additional time to finalize their settlement agreement and file the requisite documents with the Court.

THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST THAT the Court reschedule the Further Case Management Conference currently scheduled for September 22, 2010, to November 24, 2010, at 2:30 P.M., or any time thereafter, to allow the parties time to finalize their settlement agreement and file the requisite documents with the Court.

Respectfully submitted,

Dated: September 3, 2010     Jones Day

By:     /s/ Greg L. Lippetz
Greg L. Lippetz
State Bar No. 154228
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Counsel for Defendant Motorola, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: September 3, 2010     By:     /s/ David Kuhn
David N. Kuhn
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION,**

The September 22, 2010 Case Management Conference is CONTINUED to **December 1, 2010 at 3:00 p.m**. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

1
2  **IT IS SO ORDERED.**
3
4  DATED: 9/9/10                    By: _____
                                        THE HON. SAUNDRA BROWN ARMSTRONG
5                                       United States District Court Judge