| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>cschmid@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     650-739-3939<br>Facsimile:      650-739-3900 | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA  94611<br>Telephone:  (510) 653-4983<br>E-mail:  dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender |

Attorneys for Defendant Motorola, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>                        Plaintiff,<br><br>        v.<br><br>Motorola, Inc.,<br><br>                        Defendant. | Case No. C09-01245 SBA (LB)<br><br>**STIPULATED REQUEST AND  ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |

WHEREAS, a Case Management Conference is currently set for December 1, 2010, at 3:00 P.M.

WHEREAS, the parties have reached a tentative settlement agreement.

WHEREAS, the parties need additional time to execute their settlement agreement and file the requisite documents with the Court.

THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST THAT the Court reschedule the Further Case Management Conference currently scheduled for December 1, 2010, to March 2, 2011, at 2:30 P.M., or any time thereafter, to allow the parties time to finalize their settlement agreement and file the requisite documents with the Court.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated:  November 19, 2010 | Jones Day |

By:      /s/ Greg L. Lippetz
         Greg L. Lippetz
         State Bar No. 154228
         JONES DAY
         Silicon Valley Office
         1755 Embarcadero Road
         Palo Alto, CA  94303
         Telephone:      650-739-3939
         Facsimile:      650-739-3900

Counsel for Defendant Motorola, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 19, 2010          By:      /s/ David Kuhn
                                           David N. Kuhn
                                           Attorney-at-Law
                                           144 Hagar Avenue
                                           Piedmont, California 94611
                                           Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT** the December 1, 2010 telephonic Case Management Conference is CONTINUED to **March 16, 2011 at 3:15 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

1
2  **IT IS SO ORDERED.**
3
4  DATED:  11/29/10                              By: _____/s/ Saundra B. Armstrong_____
                                                 THE HON. SAUNDRA BROWN ARMSTRONG
5                                                United States District Court Judge
6
7
8  SVI-87309v1
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28