1  Greg L. Lippetz (State Bar No. 154228)
   glippetz@jonesday.com
2  Cora L. Schmid (State Bar No. 237267)
   JONES DAY
3  1755 Embarcadero Road
   Palo Alto, CA 94303
4  Telephone:    650-739-3939
   Facsimile:    650-739-3900
5
   Attorneys for Defendant and
6  Counter-Claimant Motorola, Inc.

David N. Kuhn (State Bar No. 73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone: (510) 653-4983
E-mail: dnkuhn@pacbell.net

Attorney for Plaintiff and Counter-Defendant
Gregory Bender

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11  Gregory Bender,                          **CASE NO. C 09-01245 SBA (LB)**

12          Plaintiff and Counter-Defendant,  **STIPULATION OF DISMISSAL OF
                                              ACTION, WITH PREJUDICE; AND
13     v.                                     [PROPOSED] ORDER**

14  Motorola, Inc.,

15          Defendant. and Counter-Claimant.

16

17          Plaintiff and Counter-Defendant Gregory Bender and Defendant and Counter-Claimant

18  Motorola, Inc. hereby inform the Court that they have reached definitive agreement on the terms

19  of dismissal, with prejudice, of all claims and counterclaims of the parties in this action and

20  hereby submit this Stipulation of Dismissal of Action, With Prejudice; and [Proposed] Order.

21          Pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, the parties

22  hereto hereby stipulate to dismiss, WITH PREJUDICE, all claims and counterclaims of the

23  parties in this action, with each party to bear his/its own costs, expenses, and attorney's fees.

24          SO STIPULATED.

25  /

26  /

27  /

28  /

Dated:  December 30, 2010          Respectfully submitted,

Jones Day


By:    /s/ Greg L. Lippetz
       Greg L. Lippetz
       State Bar No. 154228
       JONES DAY
       Silicon Valley Office
       1755 Embarcadero Road
       Palo Alto, CA  94303
       Telephone: 650-739-3939
       Facsimile: 650-739-3900

       Counsel for Defendant Motorola, Inc.


       In accordance with General Order No. 45, Section X(B), the signatory below attests that concurrence in the filing of this document has been obtained from the signatory above.


Dated: December 30, 2010          By:       /s/ David N. Kuhn
                                      David N. Kuhn
                                      Attorney-at-Law
                                      144 Hagar Avenue
                                      Piedmont, California 94611
                                      Telephone: (510) 653-4983

                                  Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: _____, 201__     By:_____
                                      THE HON. SAUNDRA B. ARMSTRONG
                                      United States District Court Judge


-2-

STIPULATION OF DISMISSAL OF ACTION,
WITH PREJUDICE; AND [PROPOSED] ORDER
CASE NO. C 09-01245 SBA (LB)