| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900<br><br>Attorneys for Defendant and<br>Counter-Claimant Motorola, Inc. | David N. Kuhn (State Bar No. 73389)<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510) 653-4983<br>E-mail: dnkuhn@pacbell.net<br><br>Attorney for Plaintiff and Counter-Defendant<br>Gregory Bender |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>Motorola, Inc.,<br><br>    Defendant. and Counter-Claimant. | **CASE NO. C 09-01245 SBA (LB)**<br><br>**STIPULATION OF DISMISSAL OF ACTION, WITH PREJUDICE; AND [PROPOSED] ORDER** |

Plaintiff and Counter-Defendant Gregory Bender and Defendant and Counter-Claimant Motorola, Inc. hereby inform the Court that they have reached definitive agreement on the terms of dismissal, with prejudice, of all claims and counterclaims of the parties in this action and hereby submit this Stipulation of Dismissal of Action, With Prejudice; and [Proposed] Order.

Pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, the parties hereto hereby stipulate to dismiss, WITH PREJUDICE, all claims and counterclaims of the parties in this action, with each party to bear his/its own costs, expenses, and attorney's fees.

SO STIPULATED.

/

/

/

/

| | | |
|---|---|---|
| 1 | Dated: December 30, 2010 | Respectfully submitted, |
| 2 | | |
| 3 | | Jones Day |

By:    /s/ Greg L. Lippetz
      Greg L. Lippetz
      State Bar No. 154228
      JONES DAY
      Silicon Valley Office
      1755 Embarcadero Road
      Palo Alto, CA 94303
      Telephone: 650-739-3939
      Facsimile: 650-739-3900

Counsel for Defendant Motorola, Inc.

In accordance with General Order No. 45, Section X(B), the signatory below attests that concurrence in the filing of this document has been obtained from the signatory above.

Dated: December 30, 2010     By:    /s/ David N. Kuhn
      David N. Kuhn
      Attorney-at-Law
      144 Hagar Avenue
      Piedmont, California 94611
      Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 1/10 , 201 1     By: *Saundra B. Armstrong*
      THE HON. SAUNDRA B. ARMSTRONG
      United States District Court Judge